IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>v.<br><br>CESAR GARCIA,<br><br>              Defendant. | Case No. 1:16-po-289 SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION; ORDER** |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

**Convicted of:**         **Driving Without a License, in violation of 50 CFR 27.31(g)**

**Sentence Date:**        November 17, 2016

**Review Hearing Date:**  March 16, 2017

**Probation Expires On:** April 17, 2017

**CONDITIONS OF UNSUPERVISED PROBATION:**

☒    **Obey all federal, state and local laws**; and

☒    **Community Service hours Imposed of:** 50 Hours by February 28, 2017

*COMPLIANCE:*

☒    Defendant has complied with and completed <u>all</u> conditions of probation described-above.

*GOVERNMENT POSITION:*

☒    The Government agrees to the above-described compliance.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ *Jeffrey A. Spivak*

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 3/16/2017 at 10:00 a.m.

        ☒    be vacated.

☒    In the event that the hearing is not vacated, that Defendant's appearance for the review hearing be waived.

DATED: 3/15/2017                              */s/ Megan Hopkins*
                                              DEFENDANT'S COUNSEL

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the review hearing on 3/16/2017 is taken off calendar.

☐ DENIED.

Dated**:**  **March 16, 2017**                              /s/ *Barbara A. McAuliffe*
                                                                                UNITED STATES MAGISTRATE JUDGE